COMMONWEALTH of Pennsylvania, Appellee,

v.

Michael RAINEY, Appellant.

Supreme Court of Pennsylvania.

Aug. 4, 1995.

### ORDER

PER CURIAM:

AND NOW, this 4th day of August, 1995, the Execution in the above captioned matter is stayed pending resolution of the Petition for Certiorari by the United States Supreme Court.

MONTEMURO, J., is sitting by designation.

COMMONWEALTH of Pennsylvania, Appellee

v.

Lee BAKER, Appellant.

Supreme Court of Pennsylvania.

Aug. 4, 1995.

### ORDER

PER CURIAM:

AND NOW, this 4th day of August, 1995, the Petition for Stay of Execution is hereby Denied without prejudice.

MONTEMURO, J., is sitting by designation.